IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHERIDAN HEALTH CORP
AND  TRAVELERS INS.,

   Appellants,

v.

LORENA DRAGON BARROSO,

   Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3112

Opinion filed January 6, 2015.

An appeal from an order of the Judge of Compensation Claims.
Iliana Forte, Judge.

Date of Accident: July 22, 2009.

Christine M. Tomasello of Pallo, Marks, Hernandez, Gechijian & DeMay, P.A.,
Palm Beach Gardens, for Appellants.

Mark L. Zientz of the Law Offices of Mark L. Zientz, P.A., Miami, for Appellee.

PER CURIAM.

   AFFIRMED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.